This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40735**

**HARVEY CHAMPAIGN,**

Petitioner-Appellant,

v.

**MARIA CHAMPAIGN,**

Respondent-Appellee,

and

**STATE OF NEW MEXICO, HUMAN SERVICES DEPARTMENT, CHILD SUPPORT ENFORCEMENT DIVISION,**

Intervenor.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**R. David Pederson, District Court Judge**

The Law Offices of Tyson K. Gobble
Tyson K. Gobble
Farmington, NM

for Appellant

Law Office of Mark A. Curnutt, LLC
Mark A. Curnutt
Farmington, NM

for Appellee

### MEMORANDUM OPINION

**HENDERSON, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}   IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**MEGAN P. DUFFY, Judge**